**Slip Op. 04-124**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: HONORABLE RICHARD W. GOLDBERG, SENIOR JUDGE**

| | |
|---|---|
| ROYAL THAI GOVERNMENT, ET AL., Plaintiffs, v. UNITED STATES, Defendant, and UNITED STATES STEEL CORP., Defendant-Intervenor. | Consol. Court No. 02-00026 |

**JUDGMENT ORDER**

Upon consideration of the Final Results of Redetermination on Remand (Sept. 15, 2004) ("Redetermination Results") filed by the U.S. Department of Commerce ("Commerce") pursuant to the Court's decision in <u>Royal Thai Government v. United States</u>, Slip Op. 04-91 (July 27, 2004), and all other papers filed herein, it is hereby

**ORDERED** that Commerce's findings in the Redetermination Results that "the total estimated net countervailing subsidy rate [is] <u>de minimis</u>" and "[w]ith this change . . . no countervailable subsidies are being provided to the production or exportation of certain hot-rolled carbon steel flat products from Thailand" are sustained.

**SO ORDERED.**

/s/ Richard W. Goldberg
**Richard W. Goldberg**
**Senior Judge**

**Date:    October 1, 2004**
     **New York, New York**